No. 111, Orig. DELAWARE *v.* NEW YORK. Motion of New York for leave to file first amended answers and leave to file counterclaim denied without prejudice to renewal following the issuance

of the opinion of this Court on the Report of the Special Master. [For earlier order herein, see, *e. g., ante,* p. 970.]